UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERCY A. BRYANT, JR. | CIVIL ACTION |
| VERSUS | NO. 24-2156 |
| BP EXPLORATION & PRODUCTION INC. ET AL. | SECTION: "J"(2) |

# **ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 17), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the *Motion to Dismiss Plaintiff's Complaint* **(Rec. Doc. 14)** is **GRANTED**. In recommending the granting of the motion, Magistrate Judge Currault provided Plaintiff leave to file an amended complaint within fourteen days of the Report and Recommendation. Plaintiff so amended (Rec. Doc. 18), making his Second Amended Complaint operative in this matter.

New Orleans, Louisiana, this 30th day of December, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE